| | |
|---|---|
| 1 | JAMES R. MCGUIRE (BAR NO. 189275) |
| | JMcGuire@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |

SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
U.S. BANCORP and U.S. BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLYUM WATERS, FRANK SMITH, as individuals and on behalf of all others similarly situated,. | Case No. CV 09 2071 EMC |
| | **CLASS ACTION** |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** ; ORDER |
| v. | |
| U.S. BANCORP, U.S. BANK, N.A., and DOES 1 through 125, | |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 09 2071 EMC
sf-2694713

1  WHEREAS, U. S. Bancorp was served with a summons and the complaint in this matter
2  on or about May 8, 2009;
3  WHEREAS, U.S. Bank National Association was served with a summons and the
4  complaint in this matter on or about June 3, 2009;
5  WHEREAS, Due to the press of business and previously scheduled vacations of certain of
6  defendants' counsel, the parties have agreed that defendant may be afforded an additional thirty-
7  days in which to answer or otherwise respond to the complaint;
8  IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel,
9  that the time in which defendants may answer or otherwise respond to the complaint in this matter
10  is extended to and including July 15, 2009.

Dated: June 4, 2009

MORRISON & FOERSTER LLP

By:    /s/ James R. McGuire
       James R. McGuire

Attorneys for Defendants
U.S. BANCORP, U.S. BANK, N.A.

Dated: June 4, 2009

MCCUNE WRIGHT, LLP

By:    /s/ Richard D. McCune
       Richard D. McCune

Attorneys for Plaintiffs
WILLYUM WATERS and FRANK SMITH

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 09 2071 EMC
sf-2694713

1

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Richard D. McCune and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Date: June 4, 2009       By       /s/ James R. McGuire
                                              James R. McGuire

Attorneys for Defendant U.S. BANCORP, and U.S. BANK, N.A.

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 09 2071 EMC
sf-2694713

2