JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
U.S. BANCORP and U.S. BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLYUM WATERS, FRANK SMITH, as individuals and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. BANCORP, U.S. BANK, N.A., and DOES 1 through 125,<br><br>        Defendants. | Case No.  CV 09 2071 EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT** ; ORDER |

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT Case No. CV 09 2071 EMC
la-1036695

1 | Plaintiffs Willyum Waters and Frank Smith ("Plaintiffs") and Defendants U.S. Bancorp
2 | and U.S. Bank National Association ("Defendants"), by and through their respective attorneys,
3 | hereby stipulate and agree as follows:
4 | WHEREAS, U.S. Bancorp was served with a summons and the complaint in this matter
5 | on or about May 8, 2009;
6 | WHEREAS, U.S. Bank National Association was served with a summons and the
7 | complaint in this matter on or about June 3, 2009;
8 | WHEREAS, Plaintiffs filed their First Amended Class Action Complaint on June 23,
9 | 2009;
10 | WHEREAS, the parties previously stipulated to an extension of time to July 15, 2009, for
11 | Defendants to answer or otherwise respond to the operative complaint; and
12 | WHEREAS, lead counsel for Defendants has been out of the office due to the passing of
13 | his mother;
14 | IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel,
15 | that the time in which Defendants may answer or otherwise respond to the First Amended Class
16 | Action Complaint in this matter is extended to and including July 29, 2009. This extension does
17 | not affect any other scheduled dates in the matter.

Dated: July 14, 2009

MORRISON & FOERSTER LLP

By: /s/ Sylvia Rivera
Sylvia Rivera

Attorneys for Defendants
U.S. BANCORP, U.S. BANK, N.A.

Dated: July 14, 2009

MCCUNE WRIGHT, LLP

By: /s/ Richard D. McCune
Richard D. McCune

Attorneys for Plaintiffs
WILLYUM WATERS and FRANK SMITH

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT Case No. CV 09 2071 EMC
la-1036695

1

**ORDER**

The parties having stipulated, and good cause appearing, it is hereby ORDERED that the time in which Defendants U.S. Bancorp and U.S. Bank National Association may answer or otherwise respond to the First Amended Class Action Complaint in this matter is extended to and including July 29, 2009.

IT IS SO ORDERED.

Dated: July 14, 2009              By: _____
                                       Hon.
                                       United States District Judge



STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT Case No. CV 09 2071 EMC
la-1036695

1

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Richard D. McCune and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Date: July 14, 2009                              By   /s/ Sylvia Rivera
                                                     Sylvia Rivera

                                                     Attorneys for Defendants
                                                     U.S. BANCORP and U.S. BANK, N.A.

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT Case No. CV 09 2071 EMC
la-1036695

2